In the Matter of MARGARET M. PARTRIDGE, an Incompetent Person, Respondent. ARTHUR C. PARKER, as Special Guardian ad Litem of MARGARET M. PARTRIDGE, Appellant; BANK OF NEW YORK AND FIFTH AVENUE BANK, as Committee of the Property of MARGARET M. PARTRIDGE, Respondent.

Submitted October 2, 1950; decided October 5, 1950.

*Emil Morosini, Jr.,* for motion and in opposition to cross motion.

*Arthur C. Parker* for cross motion and in opposition to original motion.

*Lovejoy, Morris, Wasson & Huppuch* for that portion of cross motion which seeks an order dispensing with the printing of the record on appeal.

Motion to dismiss appeal denied. That portion of appellant's cross motion which seeks an order dispensing with the printing of the record on appeal and permitting the appeal to be heard on available copies of the Appellate Division record, together with the typewritten copies of additional papers and on printed briefs, granted. That portion of appellant's cross motion which seeks an order dispensing with the undertaking necessary to perfect the appeal denied. That portion of appellant's cross motion which seeks (a) an extension of time to file the return on appeal, and (b) a preference for the argument of said appeal, denied, upon the ground that such relief should be sought from the office of the clerk of this court.